[No. 2695.]

PABLO DOVALINA *v.* THE STATE.

FORGERY — INDICTMENT — EVIDENCE. — The testimony discloses that the offense was committed thirteen months subsequent to the presentation of the indictment. *Held,* fatal, inasmuch as the offense must appear to have been committed prior to the presentation of the indictment.

APPEAL from the District Court of Webb. Tried below before the Hon. J. C. Russell.

The indictment charged the forgery of an instrument reading as follows:

"Give Pablo his pistol and I will pay you for it.
                    "DARIO GONZALEZ."

A verdict of guilty assessed a two years' term in the penitentiary against the appellant as punishment.

It was proved for the State that P. S. Babcock held the appellant's pistol in pawn for fourteen dollars, and that on the twenty-fourth day of October, 1882, the appellant presented the order alleged to be forged to Babcock, and received the pistol thereon. Neither of the State's witnesses knew who wrote the order.

The defendant proved by two witnesses that he could neither read nor write, and could barely sign his name.

*E. F. Hall,* for the appellant.

*J. H. Burts,* Assistant Attorney General, for the State.

HURT, JUDGE.    This is a conviction for forgery, with a penalty of two years in the penitentiary attached.

The indictment was filed in court on the eighteenth day of July, 1881.    From the evidence, if any offense at all was committed, it was committed on or about the twenty-fourth day of October, 1882, about one year and three months after the indictment was presented.

To sustain a conviction, the evidence must show that the offense was committed prior to the presentation of the indictment.

The judgment is reversed and the cause remanded.

                                        *Reversed and remanded.*

Opinion delivered June 2, 1883.